**U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**
**SENTENCING HEARING MINUTES**

Date: 7/29/2025                                    Case #: 3:23-cr-00168-VDO            Dft #: _____

                                                   Honorable Judge: Vernon D. Oliver

**UNITED STATES OF AMERICA**                       Deputy Clerk: Jessalyn Samson

v.                                                 AUSA: Ray Miller, Christine Sciarrino, David Sheldon

Sean Falzarano                                     Counsel for Defendant: Anne Silver

                                                   ☐ Retained   ☐ CJA   ■ FPD

Start Time: 10:23   End Time: 1:02                 USPO: Robert Jeffers

Recess (if more than ½ hr): 12:10 to 12:41         Reporter/ECRO/FTR: Corinne Thomas

Total Time: 2 hour(s) 8 minute(s)                  Interpreter: _____   Language: _____

---

■ Sentencing ■ held _____ (time)  ☐ held in abeyance  ☐ continued until _____ at _____
☐ Motion Hearing held _____ (time)  ☐ defendant failed to appear  ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

■ Court departs ☐ upward from guidelines ■ downward from guidelines
■ To 16 month(s) _____ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1 of the
   ■ Superseding ■ Indictment ☐ Information
■ To 6 month(s) _____ years(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 18 of the
   ■ Superseding ■ Indictment ☐ Information
■ Sentence on Count(s) 1 shall run ■ concurrently ☐ consecutively to:
     ■ sentence imposed on Count(s) 18   ☐ state sentence
☐ Defendant shall get credit for time served
■ Court recommends incarceration at 1) Danbury 2) FMC Devens
☐ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)
■ Defendant ordered to self-surrender on 10/21/2025 by 10:00 am to the designated facility or USMS office.
☐ Bond ☐ continued ☐ set at $_____
☐ Defendant remanded to the custody of the US Marshal
■ Upon release the dft shall be placed on supervised release for _____ month(s) 2 years(s) on Count(s) 1
■ Upon release the dft shall be placed on supervised release for _____ month(s) 1 years(s) on Count(s) 18
☐ Defendant sentenced to probation for a term of _____ month(s) _____ years(s)    to run concurrent
☐ Defendant shall pay a fine of $_____ on Count(s) _____ to be paid by _____ in installments of
       _____ per _____ for a total of $_____
■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ☐ each of Count(s) 1 and 18 for a total of
    $ 200 to be paid immediately
■ Defendant shall pay restitution in the amount of _____ ☐ payable at the rate of $_____ per month
       ☐ payable to Restitution amount to be filed on the docket by 8/5/25
☐ Proposed restitution order to be filed 90 days from today
☐ Govt's motion for order of forfeiture ☐ filed ☐ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion to dismiss remaining count(s) ■ filed ☐ granted ☐ denied ☐ to be filed
■ Govt's ■ oral motion for acceptance of responsibility ■ filed ☐ granted ☐ denied

Page 1 of 2

☒ Motion for  Continued Release                    ☒ filed by Deft.    ☒ granted  ☐ denied  ☐ taken under advisement
☐ Motion for  _____    ☐ filed by _____  ☐ granted  ☐ denied  ☐ taken under advisement

**CONDITIONS OF** ☒ **SUPERVISED RELEASE** ☐ **PROBATION**

☒ Mandatory conditions number(s): _____
☒ Standard Conditions
☒ Special conditions are imposed as stated on the record and in the judgment
☐ Other: