UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 23-CR-168 (VDO)

SEAN FALZARANO  October 8, 2025

### MOTION TO WITHDRAW APPEARANCE AND TO APPOINT NEW COUNSEL

The undersigned attorney moves to withdraw her appearance for the defendant, Mr. Sean Falzarano, due to a conflict of interest, and requests that the Court appoint new counsel to represent Mr. Falzarano. In support of the motion, counsel states:

1. Pursuant to an indictment filed on October 3, 2023, Allison Kahl, Assistant Federal Defender, filed an appearance on August 21, 2024, after previous counsel filed a motion to be relieved as counsel on July 29, 2024.
2. Undersigned counsel filed an Appearance on December 11, 2024.
3. The Office of the Federal Defender has discovered a conflict of interest that precludes it from representing Mr. Falzarano and that requires the appointment of new CJA counsel to provide him with conflict-free representation.
4. Undersigned counsel has informed Mr. Falzarano of the intent to withdrawn from his case. A copy of this motion will be provided to Mr. Falzarano via certified mail.

WHEREFORE, undersigned counsel moves to withdraw her appearance and to terminate the appointment of the Office of the Federal Defender as counsel for Mr. Falzarano and moves the Court to appoint new counsel to represent Mr. Falzarano.

THE DEFENDANT,
Sean Falzarano

OFFICE OF THE FEDERAL DEFENDER

Date: October 08, 2025                    /s/ *Anne E. Silver*
                                          Anne E. Silver
                                          Assistant Federal Defender
                                          10 Columbus Boulevard, 6th Floor
                                          Hartford, CT 06106-1976
                                          Phone: (860) 256-0310
                                          Bar no.: phv207294
                                          Email: anne_silver@fd.org

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on October 8, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ *Anne E. Silver*
                                          Anne E. Silver